## UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO



UNITED STATES OF AMERICA

VS.   CIVIL NO. 96-2586 (JAF)

JUAN ARNALDO SILVERIO ROSA
A/K/A JUAN ARNALDO SIVERIO
ROSA, ET AL.

### DESCRIPTION OF MOTION

DATE FILED: 7/15/03  DOCKET: 17   TITLE: MOTION TO SET ASIDE SALE.

[X] Plffs.   [] Defts.

### O-R-D-E-R

**GRANTED AS REQUESTED.**

IT IS SO ORDERED.

7/16/2003
DATE

JOSE A. FUSTE
U.S. DISTRICT JUDGE